NUMBER 13-05-357-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

___________________________________________________________________

 

TEODORA
MENDIOLA AND JRAMCO, INC. 

D/B/A LA VICTORIA ADULT DAY CARE,                     Appellants,

 

                                           v.

 

NANCY
MORENO,                                                     Appellee.

___________________________________________________________________

 

                On appeal from County
Court at Law No. 5

                           of Hidalgo
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

    Before Chief Justice Valdez
and Justices Rodriguez and Garza

                             Memorandum Opinion
Per Curiam

 








Appellants, TEODORA MENDIOLA AND JRAMCO, INC. D/B/A LA VICTORIA ADULT DAY CARE,
perfected an appeal from a judgment entered by County Court at Law
No. 5 of Hidalgo County, Texas, in cause number CI-37,961-E.   After the record and briefs were filed and
after the cause was submitted to the Court, appellants parties filed a motion
to set aside and remand.  In the motion,
appellants state that the parties mediated this matter and have resolved their
differences by reaching an agreement in the underlying matter.  Appellants request this Court to set aside
the trial court=s final judgment
signed March 4, 2005, without regard to the merits, and remand this case to the
trial court for release of the supersedeas bond, release of the surety, release
of the cash deposit made in lieu of bond, and for entry of judgment in
accordance with the terms of the parties= settlement
agreement.  Appellants further request
that costs of appeal  be assessed against
the party incurring same.  

The Court, having
examined and fully considered the documents on file and  appellants= motion, is of the opinion that the motion should
be granted.  The appellants= motion to set aside
and remand is granted.  The judgment of
the trial court is hereby REVERSED, and the cause is REMANDED to the trial
court in accordance with the parties= settlement
agreement.      

PER CURIAM

Memorandum Opinion delivered and 

filed this the 11th day of May, 2006.